## ORDER

William Toombs appeals the circuit court's judgment convicting him of the class D felony of driving while intoxicated and the class B misdemeanor of careless and imprudent driving. We affirm. Rule 30.25(b).

thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears.

No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

Teresa L. CLARK, Appellant,

v.

Floyd CLARK, Respondent.

Nos. WD 62152, 62170, 62294.

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

STATE of Missouri, ex rel. MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, Defendant,

v.

Abdul G. AKRAM, et al., Respondent;

Dean's Trophies and Engraving, Inc., Respondent;

Carolyn Carra, Appellant.

No. WD 62074.

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

Leonard K. Breon, Warrensburg, MO, for appellant.

Charles M. Fitzgerald, Warrensburg, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and VICTOR C. HOWARD, Judge.

## ORDER

PER CURIAM.

Teresa Clark ("Mother") appeals from a judgment entered in the Circuit Court of Johnson County modifying a previously entered decree dissolving her marriage to Floyd Clark ("Father") and transferring primary physical custody of the couple's only child from Mother to Father. After a

Joseph R. Borich, III, Overland Park, KS, for Appellant.

Vincent Bates, Kansas City, MO, for Respondent.

John W. Roe, Kansas City, MO, for defendant Dean's Trophies.

John M. Cave, II, Lee's Summit, MO, for Defendant Mo Highway & Trans.